

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Lee Ann McKay
(Please print)

**STREET ADDRESS:** 1151 W 14th Place, Unit 404

**CITY/STATE/ZIP:** Chicago, Illinois 60608

**PHONE NUMBER:** 773-370-9574

**CASE NUMBER:** 14cv10446
Judge John J. Tharp, Jr
Magistrate Judge Michael T. Mason

_Signature_    December 30, 2014
            Date

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[X] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

LeeAnn.McKay@yahoo.com
E-Mail Address
(Please Print Clearly)

**FILED**
DEC 3 0 2014   aee

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Updated 03/26/14